UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD ROY SCOTT,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>WEST DIAZ,<br><br>　　　　　　　　Defendant. | No. MS05-5029<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

This matter comes before the Court on Richard Roy Scott's "Motion for reconsideration." Dkt. # 49. Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier without reasonable diligence." Local Civil Rule 7(h)(1). Plaintiff has not met this burden.

In determining whether the proposed complaint filed on March 7, 2006 (Dkt. # 39) complied with the April 5, 2005, order issued by the United States District Court judges who sit in Tacoma, the Court carefully reviewed the docket in C04-5598RBL. The Court found that plaintiff's attempt to withdraw his complaint in that matter was ineffective under Fed. R. Civ. P. 41(a) because defendant had already filed a motion to dismiss and plaintiff therefore needed an order signed by the court to effectuate a dismissal. Judge Leighton did not sign such an order. Rather, the case was dismissed pursuant to the April 5, 2005, Order Adopting Report and

ORDER DENYING MOTION FOR
RECONSIDERATION

Recommendation as a sanction for plaintiff's litigation abuses. Plaintiff has not shown that the Court's understanding of the record was incorrect or that newly discovered law or facts compel a different result.

For all of the foregoing reasons, plaintiff's motion for reconsideration and sanctions is DENIED.

DATED this 17th day of April, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
Chief Judge, United States District Court

ORDER DENYING MOTION FOR
RECONSIDERATION                -2-