UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD ROY SCOTT,<br><br>               Plaintiff,<br><br>   v.<br><br>SELINA DAVIS,<br><br>               Defendant. | No. MC05-5029<br><br>ORDER PERMITTING CASE TO PROCEED |

       This matter comes before the Court *sua sponte*. On April 5, 2005, the United States District Court judges who sit in Tacoma entered an order dismissing a number of plaintiff's causes of action and barring future litigation unless plaintiff provides a signed affidavit, along with the proposed complaint, "verifying under penalty of perjury that none of the issues raised in the proposed complaint have been litigated in the past by the plaintiff." On July 10, 2006, the Clerk of Court received a complaint, a motion to proceed without fee, a written consent for payment of costs, and a declaration signed by Mr. Scott. Dkt. # 78 and 79. These are now before the undersigned for review pursuant to the terms of the bar order.

       Plaintiff asserts a § 1983 claim against Selina Davis, an employee of the King County Superior Court. Plaintiff alleges that Ms. Davis interfered with his access to the courts, obstructed justice, and deprived him of the assistance of his attorney by refusing to provide copies of certain documents and by preventing certain motions from being presented to the

ORDER

1  presiding judicial officer.

2  The undersigned finds that the issues raised in the above-captioned matter have not
3  been previously litigated by plaintiff and may proceed subject to the other requirements imposed
4  by the "Order Adopting Report and Recommendation," dated April 5, 2005.  The Clerk of Court
5  shall docket this order in MC05-5029 and open a new cause of action containing all documents
6  related to plaintiff's July 10, 2006, submission (Dkt. # 78 and 79).

8  DATED this 25th day of July, 2006.

*(signature)*
Robert S. Lasnik,
Chief Judge, United States District Court