1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9  RICHARD ROY SCOTT,                )   No. MC05-5029
                                     )
10                     Plaintiff,    )
         v.                          )   ORDER
11                                   )
   KELLY CUNNINGHAM, *et al.*,       )
12                                   )
                       Defendant.    )
13 _____ )

14   This matter comes before the Court on Richard Roy Scott's "Motion for Some
15 Clarification Dk # 68 Order" (Dkt. # 73) and "Motion for Clarification Dk # 68" (Dkt. # 77).
16 As stated in this Court's "Order" (Dkt. # 54) and "Order Denying Motion for Reconsideration
17 and Directing Clerk to Provide Copy of Complaint" (Dkt. # 68), plaintiff is unable to verify
18 "under penalty of perjury that none of the issues raised in the proposed complaint have been
19 litigated in the past by the plaintiff" (April 5, 2005 Order Adopting Report and Recommendation
20 at 24). Plaintiff has already filed a complaint asserting constitutional and tort claims arising out
21 of the February 2006 confiscation of his computer. The proposed complaint (Dkt. # 50), which
22 seeks to litigation those same claims against a different group of defendants, has therefore been
23 rejected.

ORDER

1 | The Clerk of Court is directed to mail a copy of this Order, along with a copy of
2 | Dkt. # 50, 54, 68, 73, and 77, to plaintiff.

DATED this 25th day of July, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik,
Chief Judge, United States District Court

ORDER                              -2-