UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
RICHARD ROY SCOTT,                        )
                                          )   No. MC05-5029
                   Plaintiff,             )
       v.                                 )
                                          )   ORDER DENYING PLAINTIFF'S
STATE OF WASHINGTON,                      )   MOTION FOR RECONSIDERATION
                                          )
                   Defendant.             )
_____)

This matter comes before the Court on plaintiff's "Motion for Reconsideration" (Dkt. #85). Plaintiff requests reconsideration of the Court's July 25, 2006 Order (Dkt. #82) rejecting plaintiff's proposed complaint (Dkt. #19) for failure to comply with the governing bar order. See Scott v. Selig, et al., No. C04-5147(RJB); Dkt. #170 (April 5, 2005 bar order). Despite three opportunities (and over five months), plaintiff failed to provide a signed affidavit as required by the bar order "verifying under penalty of perjury that none of the issues raised in the proposed complaint have been litigated in the past by the plaintiff" with the proposed complaint. Id. at ¶2; Dkt. #82. Accordingly, plaintiff's motion for reconsideration (Dkt. #85) is DENIED.

Neither the Clerk of Court nor defendant need take any further action with regards to the proposed complaint filed on January 19, 2006 (Dkt. #19).

//

//

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION

1  DATED this 5th day of December, 2006.

2

3

         *signature*
4        Robert S. Lasnik
         United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION            -2-