UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD ROY SCOTT,<br><br>      Plaintiff,<br> v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>      Defendants. | No. MC05-5029<br><br>ORDER DENYING MOTION TO<br>PROCEED *IN FORMA PAUPERIS* |

  This matter comes before the Court *sua sponte*. On March 26, 2007, this Court entered an order barring plaintiff from proceeding *in forma pauperis* in any future action in the United States District Court for the Western District of Washington unless the Court determines he is in imminent danger of death or serious injury. See Dkt. #95 in Scott v. Weinberg, et al. (Case No. C06-5172-FDB) ("Order Adopting Report and Recommendation and Order Restricting Future *In Forma Pauperis* Filings") at 15. On April 3, 2007, the Clerk of Court received a motion to proceed *in forma pauperis* from plaintiff, along with a complaint, a declaration, and a praecipe for service. See Dkt. #107. These documents are now before the undersigned for review pursuant to the terms of the March 26, 2007 order.

  In his proposed complaint, plaintiff seeks a declaratory judgment "that one's time spend [sic] in evaluation at the SCC [Special Commitment Center for sexually violent predators operated by the State of Washington] must be counted against community custody time" and that

ORDER DENYING MOTION TO
PROCEED *IN FORMA PAUPERIS*

1   a "total Internet access ban" at the SCC is "unconstitutional on [F]irst Amendment grounds."
2   Dkt. #107-2 at 2.
3        Upon review of the documents filed by plaintiff, the Court finds there is no showing that
4   plaintiff is in imminent danger of serious physical injury.  Accordingly, under the terms of the
5   March 26, 2007 order restricting future *in forma pauperis filings*, the new action submitted by
6   plaintiff on April 3, 2007 (Dkt. #107) shall not be permitted to proceed.  The Clerk of Court
7   shall docket this order in MC05-5029.  Neither the Clerk of Court nor defendants need take any
8   further action with regards to this matter.

     DATED this 18th day of June, 2007.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO
PROCEED *IN FORMA PAUPERIS*                    -2-