UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RICHARD ROY SCOTT, | ) | No. MC05-5029 |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S |
| WILL BAILEY, | ) | MOTION FOR RECONSIDERATION |
| Defendant. | ) | |

This matter comes before the Court on plaintiff's "Motion for Reconsideration"[1] (Dkt. #110). In his motion, plaintiff requests reconsideration of the Court's July 23, 2007 Order where the Court determined that plaintiff's action submitted on March 13, 2007 (Dkt. #106) should not proceed because it failed to comply with the terms of the Court's April 5, 2005 and March 26, 2007 orders. See Dkt. #170 in Case No. C04-5147RJB (April 5, 2005 Order); Dkt. #95 in Case No. C06-5172FDB (March 26, 2007 Order).

Motions for reconsideration are disfavored in this district and will be granted only upon "a showing of manifest error in the prior ruling or a showing of new facts or legal authority." Local Civil Rule 7(h)(1). Plaintiff has failed to identify any manifest error in the Court's prior ruling or to produce new facts or legal authority that would change the Court's original analysis.

---

[1] The Court construes plaintiff's filing as a motion for reconsideration, as opposed to a notice of appeal, because plaintiff crossed-out "Notice of Appeal" in the caption and crossed-out "This appeal is brought in good faith" in the text of the motion.

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION

1     Additionally, the terms of the Court's April 5, 2005 order provide that: "Plaintiff shall
2 not file a motion for reconsideration without making a specific showing that the motion meets
3 the criteria set forth in the local rules for filing such a motion."  See Dkt. #170 in Case No.
4 C04-5147RJB at 4.  Plaintiff has failed to make a specific showing that he meets the criteria in
5 Local Civil Rule 7(h)(1).  Accordingly, plaintiff's motion for reconsideration (Dkt. #110) is
6 DENIED.

8     DATED this 19th day of October, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION     -2-