UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD ROY SCOTT,<br><br>            Plaintiff,<br><br>     v.<br><br>PACIFIC COUNTY,<br><br>            Defendant. | Case No. MC05-5029-MJP<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 137), Plaintiff's Reply to Response re: New Complaint (Dkt. No. 138), and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff's motion to proceed in forma pauperis (Dkt. 132) is **DENIED**;

3. Plaintiff shall have **30 days** from the date of this Order to pay the $350 filing fee. If plaintiff does not pay the fee, this action will not be permitted to proceed. If plaintiff pays the filing fee, plaintiff's proposed complaint will be reviewed by the Chief Judge of the District pursuant to the terms of the April 5, 2005 Order Adopting Report and Recommendation. *See Scott v. Seling*, C04-5147-RJB, Dkt. 170 at 4 (April 5, 2005).

ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS - 1

4.  The Clerk shall send a copy of this Order to Plaintiff and to Judge Tsuchida.

DATED this _17th_ day of December, 2012.

                          Marsha J. Pechman
                          United States Chief District Judge

ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS - 2