UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: RICHARD ROY SCOTT

CASE NO. MC05-5029 MJP

ORDER RE: NINTH CIRCUIT MANDATE

On December 22, 2015, the Court of Appeals for the Ninth Circuit issued a mandate in Case No. 14-35501, effectuating an order from earlier in the year reversing this Court's decision to deny Mr. Scott IFP status in regards to a complaint he had filed. (*See* Dkt. No. 142-1, <u>Richard Roy Scott v. Mark Strong.</u>)

In light of that order, the Court rules as follows:

IT IS ORDERED that the Clerk of the Court shall open a new civil case, <u>Richard Roy Scott v. Mark Strong</u>, and shall file in that docket both the original complaint (Dkt. No. 142-1) and the amended complaint (Dkt. No. 150) which Mr. Scott filed upon receipt of the Ninth Circuit's order.

ORDER RE: NINTH CIRCUIT MANDATE- 1

IT IS FURTHER ORDERED that Mr. Scott's request to be permitted to proceed *in forma pauperis* in the above-mentioned matter is GRANTED.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 12th day of January, 2016.

Marsha J. Pechman
United States Chief District Judge